IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Antonneo R. Boyce, | ) | No. CV 04-166-PHX-ROS (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion to Stay Proceedings (Doc. #101) in which he asks the court to stay the proceedings in this case pending resolution of the writ before the Ninth Circuit Court of Appeals in <u>Boyce v. United States District Court</u>, No. 05-75124. The Ninth Circuit docket reflects that Plaintiff filed a Petition for Writ of Mandamus in that court on September 2, 2005. Plaintiff provides no information regarding the subject of the petition or why it is necessary to stay this action until the petition is resolved. Plaintiff has provided no basis to stay this action and therefore his motion will be denied.

**IT IS THEREFORE ORDERD:**

That Plaintiff's Motion to Stay Proceedings (Doc. #101) is **denied**.

DATED this 17th day of October, 2005.

Edward C. Voss
United States Magistrate Judge