IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonneo R. Boyce,<br><br>              Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al,<br><br>              Defendants. | No. CV 04-00166-PHX-ROS (ECV)<br><br>**ORDER** |

    Plaintiff has filed a Motion for Reconsideration (Doc. #106)) of the court's order (Doc. #104) denying his motion to stay this case. In his one-sentence motion, Plaintiff has not presented newly discovered evidence, shown clear error or cited a change in the law. See School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."). Accordingly, Plaintiff's Motion for Reconsideration will be denied.

///

///

///

///

///

1  **IT IS THEREFORE ORDERED:**

2  That Plaintiff's Motion for Reconsideration (Doc. #106) is **DENIED**.

3  DATED this 21st day of November, 2005.

_____
Edward C. Voss
United States Magistrate Judge

- 2 -